## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **No.**　20-5019-01-CR-SW-MDH |
| Plaintiff, | **COUNTS 1, 3, and 4**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine<br>NMT 3 Years Supervised Release |
| **JOSHUA L.G. GORDON**,<br>[DOB: 08-09-1988], | Class C Felony |
| Defendant. | **COUNT 2**<br>26 U.S.C. §§ 5841, 5861(d), and 5871<br>NMT 10 Years Imprisonment<br>NMT $10,000 fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| | $100 Mandatory Special Assessment Each Count |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about February 1, 2019, in Lawrence County, in the Western District of Missouri, the defendant, **JOSHUA L.G. GORDON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a New England Firearms brand, Pardner model, 12-gauge shotgun, bearing serial number NL395957; a Winchester brand, 12 model, 12-gauge shotgun, bearing serial number 210272; a Winchester brand, 12 model, 12-gauge shotgun, bearing serial number 1271755; and the firearms were in and affecting interstate commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about February 1, 2019, in Lawrence County, in the Western District of Missouri, the defendant, **JOSHUA L.G. GORDON**, knowingly received and possessed a firearm, as defined by Title 26, United States Code, Section 5845(a) and (d), that is, a New England Firearms brand, Pardner model, 12-gauge shotgun, bearing serial number NL395957, a shotgun having a barrel length of less than 18 inches in length, not registered to him in the National Firearms Registration and Transfer Record. All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 3

On or about February 28, 2019, in Lawrence County, in the Western District of Missouri, the defendant, **JOSHUA L.G. GORDON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus brand, 82 model, .38-caliber revolver, bearing serial number 2036175, and the firearm was in and affecting interstate commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about April 5, 2020, in Lawrence County, in the Western District of Missouri, the defendant, **JOSHUA L.G. GORDON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a Remington brand, 241 model, .22-caliber rifle, bearing serial number 54717; a Winchester brand, 63 model, .22-caliber rifle, bearing serial number 153966; a Mauser brand, .22-caliber rifle, bearing serial number 148094; a Winchester brand, 63 model, .22-caliber rifle, bearing serial number 125017; a Winchester brand, 62A model, .22-caliber rifle, bearing serial number 353781,

and the firearms were in and affecting interstate commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                                    **A TRUE BILL.**

                                                    */s/ Kevin Elliott*
                                                    _____
                                                    **FOREPERSON OF THE GRAND JURY**

*/s/ Anthony Brown*
_____
**ANTHONY M. BROWN**
Special Assistant United States Attorney
MO Bar #62504

Dated:  08/25/2020
        _____
            Springfield, Missouri

3